UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 12-54319 |
| Stana Maureen Couch | : | Chapter 13 |
| | : | Judge Charles M. Caldwell |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Jeffrey P. Norman, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: 1/2/13  /s/ Jeffrey P. Norman
Jeffrey P. Norman (SBOT# 15080700)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
jeff.norman@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Stana Maureen Couch<br>3719 Bulaville Pike<br>Gallipolis, OH 45631 | $1,916.00 |