12-54319                    MAY 21 2013

Stana Couch    RECEIVED

c/o Todd Hamilton
6586 St. Route 554
Cheshire, Ohio 45620


Please change address
Stana Maureen H. B. Couch

May 21, 2013

RECEIVED
MAY 2 1 2013
BANKRUPTCY COURT